| | |
|---|---|
| **United States Bankruptcy Court** <br> **Central District Of California** | |
| In re: <br> Helene Josephine Novak | CHAPTER NO.: 7 |
| | CASE NO.: 6:10–bk–31188–CB |

# ORDER TO COMPLY WITH BANKRUPTCY RULE 1007 AND NOTICE OF INTENT TO DISMISS CASE

**To Debtor and Debtor's Attorney of Record,**

YOU FAILED TO FILE THE FOLLOWING DOCUMENTS:

- ☐ Schedule A
- ☐ Schedule B
- ☐ Schedule C
- ☐ Schedule D
- ☐ Schedule E
- ☐ Schedule F
- ☐ Schedule G
- ☐ Schedule H
- ☐ Schedule I
- ☐ Schedule J
- ☐ Stmt. of Fin. Affairs
- ☑ Statement – Form 22A

**Even if the indicated documents are not applicable to your particular situation, they must still be filed with the notation 'None' marked thereon.**

According to Bankruptcy Rule 1007(c), <u>within 14 days after you filed the petition</u>, **YOU MUST EITHER:**

(1)   File the above–referenced documents and the proper number of copies [Local Bankruptcy Rule 1002–1]:

      Chapter 7   1 Original and 1 Copy

**OR**

(2)   File and serve a motion for an order extending the time to file the required document(s). If you make such a motion and it is denied after the 14 days have expired, your case will be dismissed.

**IF YOU DO NOT COMPLY** in a timely manner with either of the above alternatives, the court **WILL DISMISS YOUR CASE WITHOUT FURTHER NOTICE.**

**BY ORDER OF THE COURT** <br> Dated: <u>July 8, 2010</u>

**KATHLEEN J. CAMPBELL, CLERK OF COURT**

**By: <u>Eileen Tapia</u>** <br>    **Deputy Clerk**

mdeforco – Revised 12/2009

**5 – 1 / TAP**